Name: John Brosnan

Address:
3680 Wilshire Blvd P04-1313, LA, CA 90010

Phone Number: 510.350.6542

Email Address: john1a@vertexio.com

*Pro Se*

**FILED**

JAN 0 2 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Brosnan<br><br>PLAINTIFF(S)<br>v.<br>GAVIN NEWSOM, in his official capacity as governor of the state of california;ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-9<br>DEFENDANT(S) | CASE NUMBER<br>24-CV-03639-TLN-SCR<br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☒ A Computer with internet access.

   ☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word-processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 12/31/24    Signature: _____

CV-005 (02/20)    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING